```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED  11-1-2016
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTOPHER SADOWSKI,

    Plaintiff,

v.

ENTRAVISION COMMUNICATIONS
CORP.,

    Defendant.

Index No. 16-cv-07803(LTS)

**STIPULATION EXTENDING
DEFENDANT'S TIME TO
RESPOND TO COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED by counsel for Plaintiff Christopher Sadowski and Defendant Entravision Communications Corp. that Defendant's time to answer or otherwise respond to the Complaint, dated October 6, 2016, filed in the above-captioned case [Dkt. No. 1] shall be extended through and including December 2, 2016.

Dated: October 26, 2016

LIEBOWITZ LAW FIRM, PLLC

By: /s/ Richard Liebowitz
    Richard Liebowitz
11 Sunrise Plaza, Suite 305
Valley Stream, New York 11580
Tel: 516-233-1660
RL@LiebowitzLawFirm.com

*Attorneys for Plaintiff Christopher Sadowski*

Dated: October 27, 2016

FRANKFURT KURNIT KLEIN & SELZ P.C.

By: /s/ Edward H. Rosenthal
    Edward H. Rosenthal
Andrew J. Ungberg
488 Madison Avenue, 10th Floor
New York, New York 10022
Tel: 212-980-0120
erosenthal@fkks.com
aungberg@fksk.com

*Attorneys for Defendant Entravision Communications Corp.*

**SO ORDERED.**

/s/ 11/1/16
Hon. Laura Taylor Swain
United States District Judge